Copeland, Appellant, *v.* Western Pennsylvania Heavy Construction Industry Welfare Funds.

Before SILVESTRI, J., without a jury.

Argued November 12, 1974. *Robert F. Stone,* with him *Fine, Perlow and Stone,* for appellant; *Stanford A. Segal,* with him *Gatz, Cohen, Segal, & Koerner,* for appellee.

Order and judgment affirmed.

Federal National Mortgage Association *v.* Greene, et ux., Appellants.

Argued November 11, 1974. *Michael A. Donadee,* for appellants; *Bernard Markovitz,* with him *Ryan & Bowser,* for appellee.

Judgment affirmed.

Goldzer et al. *v.* Associated Conglomerates, Inc., Appellant.

Argued November 13, 1974. *Thomas R. Solomich,* with him *Emil W. Herman,* and *Rothman, Gordon, Foreman and Groudine,* for appellant; *Maury D. Nusbaum,* with him *Charles Kirshner,* and *Rosenberg, Kirshner & Solomon,* for appellee.

Order affirmed.